IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSE MENDIOLA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:15-cv-00995<br>) Senior Judge Haynes |
| SOCIAL SECURITY ADMINISTRATION, | )<br>) |
| Defendant. | ) |

# ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for judgment on the administrative record (Docket Entry No. 15) is **DENIED** and the Commissioner's decision is **AFFIRMED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of September, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge